# MEMORANDUM DECISIONS.

ACKERSON v. UNITED STATES. (Circuit Court of Appeals, Second Circuit. March 12, 1910.) No. 169 (5,362). Appeal from the Circuit Court of the United States for the Southern District of New York. For decision below, see 172 Fed. 303, affirming a decision by the Board of United States General Appraisers. G. A. 6,810 (T. D. 29,276). H. A. Odell, for importer. D. Frank Lloyd, Asst. Atty. Gen. (Martin T. Baldwin, Sp. Atty., of counsel), for the United States. Before LACOMBE, WARD, and NOYES, Circuit Judges.

PER CURIAM. Affirmed, on the opinion of the Circuit Court.

---

CITY OF HURON v. DAKOTA CENTRAL TELEPHONE CO. (Circuit Court of Appeals, Eighth Circuit. September 23, 1909.) No. 3,064. Appeal from the Circuit Court of the United States for the District of South Dakota. See, also, 165 Fed. 226. A. B. Fairbank and A. K. Gardner, for appellant. T. H. Null and W. A. Lynch, for appellee.

PER CURIAM. Dismissed, without costs to either party in this court, per stipulation.

---

CITY OF ST. PAUL v. HYSLOP. (Circuit Court of Appeals, Eighth Circuit. June 2, 1909.) No. 3,091. In Error to the Circuit Court of the United States for the District of Minnesota. See, also, 174 Fed. 391, 98 C. C. A. 609. C. E. Collett and Morton Barrows, for plaintiff in error. Anderson & Ekern and W. H. Hallam, for defendant in error.

PER CURIAM. Writ of error docketed and dismissed on motion and stipulation, without costs to either party in this court, and without prejudice to the right of plaintiff in error to prosecute a new writ of error.

---

GEORGE v. UNITED STATES. (Circuit Court of Appeals, Eighth Circuit. January 4, 1910.) No. 3,101. In Error to Criminal Court of Appeals for the State of Oklahoma. See, also, 1 Okl. Cr. 307, 97 Pac. 1052, 100 Pac. 46. Joseph G. Ralls, for plaintiff in error. Charles West and Charles L. Moore, for defendant in error.

PER CURIAM. Dismissed, without costs to either party in this court, for want of jurisdiction, on motion of defendant in error.

---

JEFFRIES v. UNITED STATES. (Circuit Court of Appeals, Eighth Circuit. May 3, 1909.) No. 2,730. In Error to the United States Court of Appeals for the Indian Territory. See, also, 7 Ind. T. 47, 103 S. W. 761. A. C. Cruce and W. I. Cruce, for plaintiff in error.

PER CURIAM. Dismissed, without costs to either party in this court, for want of prosecution.

---

JONES v. MISSOURI PAC. R. CO. et al. (Circuit Court of Appeals, Eighth Circuit. January 4, 1910.) No. 3,120. Appeal from the Circuit Court of the United States for the Western District of Missouri. See, also, 170 Fed. 124. John Kennish and Jeptha D. Howe, for appellant.

PER CURIAM. Dismissed, without costs to either party in this court, on motion of appellant.